UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 09-23015-CIV-LENARD/GARBER

AVISENA, INC., a Florida
corporation,

               Plaintiff,

v.

CARLOS E. ESCOBAR,

               Defendant.
_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff/Counter-Defendant Avisena, Inc., pursuant to the Court's Order dated October 30, 2009, hereby discloses the following lists of persons, associated persons, firms, partnerships, and/or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a Party:

Ralph Aleman
Keith Ashley
The Astri Group
Avisena, Inc.
Avisena Staffing LLC
Carmen Azel Trust
Nancy Barbachan
Eric Bello
Andrea R. Bernstein, Esq.
Jeff Blake
Susana Maria Borja

Jose Botero

Allen Brenteson

Zachary Bruker

Peter Buigas

Robert Burlington, Esq.

Martha Y. Cabrera

CareCloud Corporation

David Chaney

Ileana Chapman

Griselle Chernys

Coffey Burlington

Fabio Cruz

Mike Cuesta

Gregg Davis

Chris Demby

Justina Diaz

Rebecca Diaz

Carlos Escobar

Carlos Fares

Janale Floyd

Desiree Fonseca

Brian Foster

Luz Adriana Gallon

Jonathan Gaviria

Fabiola Gianella

Clara Gomez

Rodrigo Gonzales

Yanary Gonzalez

Francis Guasp

Tania Guzman

Marcia Hernandez

Nina Hernandez

Yvette Izquierdo

Eric Jimenez

Miranda Jimenez

Veronica Jones

Kevin Kaplan, Esq.

Marisol Lastre

Ivan Leon

Mark Marandino

Carlos Martinez

Eddy Martinez

Eduardo & Edda Martinez

Eduardo Martinez, Jr.

Rayda Masdeu

Miguel Maseda

Med Billing Acquisition Corp.

Valeria Mendoza

MMV Finance Canada, Inc.

Juan Molina

Marta Morales

Mary Morales

Natalia Mosquera

SriramKumar NallanChakravarthula

Amy Nunez

Guillermo Nunez

Allan Pacheco

Allan Pacheco & Cristina Rodriguez-Pacheco

Fernando Pacheco

Glenn Pacheco

Magda Pacheco

Michael Pacheco

Gretel Parron

Jose Pelayo

Sergio Pereira

Roberto Pesant

Jonathan M. Pique

Jordan M. Pique

Roxana G. Pique

Santiago G. Pique

Sebastian M. Pique

Sofia C. Pique

Stephan M. Pique

Pushkar Pradhan

Private Equity Investment Fund IV

Proskauer Rose LLP

Yvan Ramones

Rebeca Rancier

Luis Raventos

Luis Raventos & Michelle D. Ortiz

Ana M. Recio Irrevocable Trust

Francisco H. Recio

Francisco C. Recio Irrevocable Trust

Irene M. Recio Irrevocable Trust

Cherylle Reed

Richard Lopez del Rincon

Aurelio Rodriguez

Gustavo & Isabel Rodriguez

Mario Rodriguez

Patricia Rodriguez

Roberto Sanchez

Albert C. Santalo

Alberto & Gloria Santalo

Cesar Santalo

Teresa Santalo

J.J. Santamaria

Juan Santamaria

Ben Sardinas

Caitlin Scheinblum

George Scholl

Leslie Silva

Carla Celeste Stephens

Jihad Stephens

Lucy Stephens

Jessica Suarez

TKWD Ventures LLC

TKWD/Avisena LLC

C. de la Torre

Ileana Torrens

Lourdes de la Torriente

Israel Vainstein

Oscar & Mary Viglianco

Allan H. Weitzman, Esq.

WFD Ventures Fund A

Dated: November 13, 2009

                    PROSKAUER ROSE LLP
*Attorneys for Plaintiff Avisena, Inc.*
2255 Glades Road, Suite 340 West
Boca Raton, Florida  33431
Phone:  561-241-7400
Fax:     561-241-7145

By:  s/   Allan H. Weitzman
      Allan H. Weitzman
      Florida Bar No. 0045860
      aweitzman@proskauer.com
      Andrea R. Bernstein
      Florida Bar No. 0516511
      abernstein@proskauer.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        s/  Allan H. Weitzman
         Allan H. Weitzman

## **SERVICE LIST**

AVISENA, INC. V. CARLOS E. ESCOBAR

CASE NO.: 09-23015-CIV-LENARD/GARBER

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA

Allan H. Weitzman, Esq.
Florida Bar Number:  0045860
aweitzman@proskauer.com
Andrea R. Bernstein, Esq.
Florida Bar Number:  0516511
abernstein@proskauer.com
PROSKAUER ROSE LLP
2255 Glades Road, Suite 340-W
Boca Raton, Florida  33431
Telephone:     (561) 241-7400
Facsimile:     (561) 241-7145
*Attorneys for Plaintiff/Counter-Defendant*
*Via CM/ECF*

Kevin C. Kaplan, Esq.
Florida Bar No. 933848
kkaplan@coffeyburlington.com
Robert K. Burlington, Esq.
Florida Bar No. 261882
kburlington@coffeyburlington.com
Coffey Burlington
2699 South Bayshore Drive
Penthouse
Miami, FL 33133
Tel: (305) 858-2900
Fax: (305) 858-5261
*Attorneys for Defendant/Counter-Plaintiff,*
*Carlos E. Escobar*
*Via CM/ECF*